**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00602-CR

**CALVIN DEON HOGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76562-U**

## ORDER

Before the Court is court reporter Sasha Brooks's August 14, 2018 request for extension of time to file the reporter's record. We dismissed this appeal on June 28, 2018 for lack of jurisdiction.

In light of this, we **DENY** Ms. Brooks's request as moot.

/s/     LANA MYERS
        JUSTICE